UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Maria C.Y.,

   Petitioner,

v.

Todd Lyons, et al.,

   Respondents.

ORDER ADOPTING REPORT
AND RECOMMENDATION
AND GRANTING WRIT OF
HABEAS CORPUS

Civil File No. 26-00660 (MJD/ECW)

Samantha Paige Matsch, Thomas R. Anderson, III, Anderson & Anderson Law, LLC, Counsel for Petitioner,

Ana H. Voss, Trevor Brown, Assistant United States Attorneys, Counsel for Respondents.

  The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Elizabeth Cowan Wright dated January 31, 2026. **[Docket No. 7].** The Respondents have filed an objection to the Report and Recommendation **[Docket No. 8]**, which the Petitioner responded to. **[Docket. No. 9.]** Pursuant to statute, the Court conducted a de novo review upon the record. 28 U.S.C. §636(b)(1); D. Minn. LR 72.2(b). Based upon that review, the Court overrules the

Respondents' objection and adopts the Report and Recommendation of Magistrate Judge Cowan Wright dated January 31, 2026.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that the Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Elizabeth Cowan Wright dated January 31, 2026 **[Docket No. 7]** as follows:

1. The Petitioner's Petition for Writ of Habeas Corpus **[Docket No. 1]** is **GRANTED** and Respondents are ordered to release Petitioner in Minnesota no later than 11:00 a.m. Central Time on the day following this Order with all her personal effects seized during her arrest and without additional conditions beyond those contained in Petitioner's August 5, 2023 Order of Release on Recognizance; and

2. Respondents are ordered to notify the Court and opposing counsel within 24 hours of Petitioner's release to confirm that the release has occurred.

3

## LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  February 3, 2026  s/Michael J. Davis
Michael J. Davis
United States District Court