# UNITED STATES DISTRICT COURT
## District of Minnesota

Maria Margarita Choca Yepez,

Petitioner,

v.

Todd M. Lyons, Kristi Noem, Pamela Bondi, Daren K. Margolin, David Easterwood,

Respondents,

## JUDGMENT IN A CIVIL CASE

Case Number: **26-cv-00660-MJD-ECW**

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard, and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Elizabeth Cowan Wright dated January 31, 2026 **[Docket No. 7]** as follows:

1. The Petitioner's Petition for Writ of Habeas Corpus **[Docket No. 1]** is **GRANTED** and Respondents are ordered to release Petitioner in Minnesota no later than 11:00 a.m. Central Time on the day following this Order with all her personal effects seized during her arrest and without additional conditions beyond those contained in Petitioner's August 5, 2023 Order of Release on Recognizance; and

2. Respondents are ordered to notify the Court and opposing counsel within 24 hours of Petitioner's release to confirm that the release has occurred.

Date: 2/3/2026

KATE M. FOGARTY, CLERK