UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Maria C.Y.,

       Petitioner,

v.                                 **ORDER DISMISSING WRIT OF HABEAS CORPUS**
                                 Civil File No. 26-00660 (MJD/ECW)

Todd Lyons, et al.,

       Defendants.

Samantha Paige Matsch, Thomas R. Anderson, III, Anderson & Anderson Law, LLC, Counsel for Petitioner.

Trevor Brown, Assistant United States Attorney, Counsel for Respondents.

On February 3, 2026, the Court granted Petitioner Maria C.Y.'s Petition for Writ of Habeas Corpus. **[Doc. 10.]** As part of that Order, the parties were required to release Petitioner Maria C.Y. with all her personal effects seized during her arrest and notify the Court within 24 hours to confirm that the release occurred.

On February 4, 2026, the Respondents provided a status update informing the Court that Petitioner Maria C.Y. was released. **[Doc. 12.]**

1

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Petitioner Maria C.Y.'s Petition for Writ of Habeas Corpus **[Doc. 1]** is **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  February 8, 2026                    s/Michael J. Davis
                                            Michael J. Davis
                                            United States District Court